AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

|  | Return |  |
|---|---|---|
| Case No.: 7:24mj2 | Date and time warrant executed:<br>01/11/2024 @ 2:22 pm | Copy of warrant and inventory left with:<br>On file with USPIS |

Inventory made in the presence of :
Postal Inspectors Barrett and Buck

Inventory of the property taken and name(s) of any person(s) seized:

1. Approximately 491 grams of a green leafy material, suspected marijuana.

2. Approximately 8203 grams of THC Vape Cartridges

3. United States Postal Service Priority Mail parcel bearing tracking number "9505 5161 9125 4009 8384 41" and packing material.

**Received in Chambers
By Reliable Electronic Means**

January 17, 2024, 10:06 a.m.

**Hon. C. Kailani Memmer
United States Magistrate Judge**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/17/2024

*Michael J. Barrett*
*Executing officer's signature*

Michael J. Barrett, United States Postal Inspector
*Printed name and title*

[Print]   [Save As...]   [Reset]